UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERON FRANKLIN,<br><br>Petitioner,<br>v.<br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00150-MMD-CBC<br><br>ORDER |

Petitioner Teron Franklin's petition for a writ of habeas corpus is before the Court on two unopposed motions for extension of time. (ECF Nos. 14, 16.) The Court finds good cause exists to grant him an extension of time.

It is therefore ordered that Petitioner's first and second motions for extension of time to file a first-amended petition (ECF Nos. 14 and 16) are both granted.

DATED THIS 19th day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE