UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERON FRANKLIN, <br><br> Petitioner, <br> v. <br><br> TIMOTHY FILSON, *et al.*, <br><br> Respondents. | Case No. 3:18-cv-00150-MMD-CBC <br><br> ORDER |

Teron Franklin's petition for a writ of habeas corpus is before the Court on several motions. The Court turns to his motions regarding withdrawal of his attorney first.

Franklin filed several documents in which he apparently asks that his attorney withdraw and/or that he be appointed new counsel. (ECF Nos. 21, 23, 24, 25.) While he claims that he is being bribed by a state district court judge, he does not state that he and his counsel, an attorney with the Federal Public Defender's office, have a conflict, or offer any reason at all as to why his counsel should withdraw.[1] Moreover, that public defender has in fact since withdrawn and another public defender has entered a notice of appearance in this case. (ECF No. 26.) Franklin's counsel has filed a first-amended petition on his behalf, and is in the process of drafting a reply in support of the petition. Franklin offers no basis for the withdrawal of counsel, and his motion is denied.

It is therefore ordered that the following motions filed by petitioner are all denied: motion to withdraw counsel (ECF No. 21); motion requesting relief (ECF No. 23); motion requesting re-appointment of counsel (ECF No. 24); and motion for appointment of new attorney (ECF No. 25).

---

[1]Franklin, who is in Nevada Department of Corrections custody, makes several patently incredible and frivolous claims, including that a state district court judge is bribing him with money and sex and that a "mysterious lady" who accompanied his counsel to visit him at the prison followed him around prison grounds and to his cell.

It is further ordered that Respondents' three motions for extension of time to file a response to the petition (ECF Nos. 19, 20, 22) are all granted *nunc pro tunc*.

It is further ordered that Respondents' motion to file certain exhibits under seal (ECF No. 36) is granted.

DATED THIS 17th day of March 2020.

MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT