UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERON FRANKLIN,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>TIMOTHY FILSON, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00150-MMD-CBC<br><br>ORDER |

　　　Petitioner Teron Franklin's petition for a writ of habeas corpus is before the Court on his unopposed motion for extension of time. (ECF No. 39.) The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner's first motion for extension of time to file a reply in support of the petition (ECF No. 39) is granted. Petitioner must file his reply on or before July 6, 2020.

　　　DATED THIS 15th day of April 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT