UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERON FRANKLIN,<br><br>          Petitioner,<br>     v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>          Respondents. | Case No. 3:18-cv-00150-MMD-CLB<br><br>ORDER |

This is Teron Franklin's petition for a writ of habeas corpus. Upon review of the exhibits filed by Respondents, it appears that they have failed to include the state-court record for the first day of trial on January 30, 2012 (*see* Exhibit 17, ECF No. 27-17 and Exhibit 19, ECF No. 28-1).

It is therefore ordered that within 14 days of the date of entry of this order Respondents must supplement their exhibits to include the entire state district court trial transcript.

DATED THIS 4th Day of November 2021.

MIRANDA M. DU, CHIEF JUDGE
UNITED STATES DISTRICT COURT